NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SONY INTERACTIVE ENTERTAINMENT LLC,**
*Appellant*

**v.**

**QUANTUM IMAGING LLC,**
*Cross-Appellant*

_____

2025-1736, 2025-1779

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00954.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

September 19, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** September 19, 2025